UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TREVIN NUNNALLY, SR.,

    Plaintiff,

v.                                    Case No. 3:17cv761-LC-CJK

U.S. MAGISTRATE JUDGE
ELIZABETH TIMOTHY, et al.,

    Defendants.
_____/

## ORDER

This cause comes on for consideration of the Magistrate Judge's Report and Recommendation dated June 7, 2018 (doc. 14). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation and the timely filed objections thereto, I have determined that the Report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 14) is adopted and incorporated by reference in this order.

2. This action is DISMISSED with prejudice under 28 U.S.C. § 1915A(b)(1) and § 1915(e)(2)(B)(ii), for failure to state a claim on which relief may be granted.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 29th day of June, 2018.

    *s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**